## May 13, 1981

In the Matter of Hotchkiss. (Docket No. 67046.) The request by the Judicial Tenure Commission for the appointment of a Master pursuant to GCR 1963, 932.10(b) is considered and the Honorable Donald E. Holbrook is hereby designated as Master to consider Formal Complaint No. 25. The petition for interim suspension is denied. *Michael J. Kelly,* Chairman, *Joseph F. Regnier,* Executive

Director & General Chairman, and *Thomas L. Prowse,* Staff Attorney, for the Judicial Tenure Commission. *Hubbard, Fox, Thomas, White & Bengtson, P.C.,* for respondent.

MAY 19, 1981

PROPOSED AMENDMENT OF GCR 1963, 912. On order of the Court, this is to advise that the Court is considering whether to amend GCR 1963, 912. Before determining whether the amendment should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposed amendment, the text of which is as follows:

(The present language is to be repealed and replaced by the following language unless otherwise indicated below:)

RULE 912. DISQUALIFICATION OF A JUDGE.

.1 (Unchanged.)

.2 Grounds. A judge is disqualified when he cannot impartially hear a case, including a proceeding where the judge

(a)-(d) (Formerly [1]-[4], redesignated but otherwise unchanged.)

(e) within the preceding two years employed as a law clerk or otherwise a person who is acting as attorney for a party. The judge is not disqualified merely because the former employee is associated with a law firm representing a party;

(f) (Formerly [5], redesignated but otherwise unchanged.)

(g) (Formerly [6], redesignated but otherwise unchanged.)

(1)-(3) (Formerly [A]-[C], redesignated but otherwise unchanged.)

(h) (Formerly [7], redesignated but otherwise unchanged.)

.3 Procedure.

(a)-(b) (Unchanged.)

(c) Ruling. The challenged judge must decide the motion. If the challenged judge denies the motion,

(1) in a court having two or more judges, the challenging party may ask that the motion be referred to the chief judge, who shall decide the motion;

(2) in a single-judge court, or if the challenged judge is the chief judge, the challenging party may ask that the motion be referred to another judge assigned by the state court administrator.

(d) (Unchanged.)